IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ROBERT W. ALEXANDER, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 1:18CV437 |
| | ) | |
| UNITED STATES OF AMERICA, | ) | Hon. Mary Ellen Coster Williams |
| | ) | |
| Defendant. | ) | |

**COUNSEL OF RECORD'S NOTICE OF CHANGE OF FIRM**

Mark F. (Thor) Hearne, II, counsel of record for the landowners, notifies the Court that he is now affiliated with Larson O'Brien, LLP. Counsel's mailing address and phone number remain the same. He may continue to be reached by email at thornet@ix.netcom.com and also at thor@larsonobrienlaw.com.

          Respectfully submitted,

          */s/ Mark F. (Thor) Hearne, II*
          MARK F. (THOR) HEARNE, II
          Stephen S. Davis
          Larson O'Brien, LLP
          112 South Hanley, Suite 200
          Clayton, MO 63105
          (314) 296-4000
          thornet@ix.netcom.com
          thor@larsonobrienlaw.com

          555 South Flower Street, Suite 4400
          Los Angeles, CA 90071
          Tel:   (213) 436-4888
          Fax:  (213) 623-2000

          440 First Street, NW, Suite 450
          Washington, DC 20001
          Tel:   (202) 795-4900
          Fax:  (202) 795-4888

          *Counsel of Record for the Landowners*